# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00106__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No**

Defendant Name ___John Leon Guerrero Iriarte, Jr.___

Alias Name _____

Address _____

_____Tamuning, Guam_____

Birthdate __xx/xx/1980__ SS# __xxx-xx-6898__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Ryan Anderson__

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED**
**NOV 16 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    _____ Petty __X__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18 USC 641__ | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __11-16-06__    Signature of AUSA: __[signature] RYAN ANDERSON__

Case 1:06-cr-00106    Document 1-2    Filed 11/16/2006    Page 1 of 1