

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOHN LEON GUERRERO IRIARTE, JR.**<br><br>    Defendant. | CRIMINAL CASE NO. **06-00106**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to October 24, 2006.

Dated this 21st day of November, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**ORIGINAL**