IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00106 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN LEON GUERRERO IRIARTE, JR., | ) | **ORDER** |
| Defendant. | ) | |

The sentencing hearing presently set for February 19, 2007, a federal holiday, is hereby moved to Tuesday, February 20, 2007, at 11:00 a.m.

SO ORDERED this 28th day of November 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**