# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-06-00106-001 | DATE: February 20, 2007 |

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 11:23:03 - 11:35:05
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: John Leon Guerrero Iriarte, Jr.     Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.             ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: Maria Cruz                      U.S. Marshal: C. Marquez / T. Muna
Interpreter:                                    Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $2,054.26.
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: