UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**  [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | November 21, 2006 | Date: | February 20, 2007 |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge |

| | | | |
|---|---|---|---|
| Defendant: | IRIARTE Jr., John Leon Guerrero | Case Number: | USDC CR. CS. NO. 06-00106-001 |
| Date of Birth: | XX-XX-1980 | Place of Birth: | Tamuning, Guam, USA |
| SSN: | XXX-XX-6898 | | |

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

**NOTICE OF COURT ORDER** (Order Date: November 21, 2006 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (of representative)

Case 1:06-cr-00106  Document 17  Filed 03/01/2007  Page 1 of 1

ORIGINAL