ORIGINAL

IRIARTE_J.taxgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN LEON GUERRERO IRIARTE, JR., <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 06-00106 <br><br> **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** <br> (TAX YEAR 2005) |

WHEREAS Defendant, JOHN LEON GUERRERO IRIARTE, JR., Social Security Number XXX-XX-6898, has requested that any income tax refund including tax year 2005 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//

//

//

Plaintiff, UNITED STATES OF AMERICA, and Defendant, JOHN LEON GUERRERO IRIARTE, JR., hereby jointly move the Court for an order of writ of garnishment on the income tax refund including tax year 2005 account of Defendant, JOHN LEON GUERRERO IRIARTE, JR.

Plaintiff further requests that any overpayment be refunded to defendant.

Dated: 3/15/07

_____
JOHN LEON GUERRERO IRIARTE, JR.
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 3/29/07        By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer