**IRIARTE_J.taxwrit**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00106 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF GARNISHMENT** |
| JOHN LEON GUERRERO IRIARTE, JR., ) | (TAX YEAR 2005) |
| Defendant, ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

     Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JOHN LEON GUERRERO IRARTE, JR.'s income tax refund including tax year 2005.

//
//
//
//
//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2005 account of John Leon Guerrero Iriarte, Jr., Social Security Number XXX-XX-6898, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> U.S. District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910

with a reference to court number **CR 06-00106** to ensure his account is properly credited. Any overpayment shall be refunded to defendant.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Apr 03, 2007