ORIGINAL

IRIARTE_J.taxgarter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 3 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN LEON GUERRERO IRIARTE, JR., <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 06-00106 <br><br> **MOTION TO TERMINATE WRIT OF GARNISHMENT** <br> (Tax Year 2005) |

On or about April 3, 2007, a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about April 26, 2007, payment was received.

//
//
//
//
//

Plaintiff respectfully requests that the Court terminate the Writ of Garnishment (tax year 2005) against Defendant JOHN LEON GUERRERO IRIARTE, JR.

DATED this 2nd day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney