ORIGINAL

1  IRIARTE_J.taxfacg

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM

MAY -7 2007

MARY L.M. MORAN
CLERK OF COURT

7  Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00106 |
| Plaintiff, | |
| vs. | FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT (Tax Year 2005) |
| JOHN LEON GUERRERO IRIARTE, JR., | |
| Defendant, | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Artemio B. Ilagan, Director
     Department of Revenue & Taxation
     P.O. Box 23607
     GMF, Guam 96921

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Garnishment (Tax Year 2005) filed in the above entitled action.

Pursuant to the Writ of Garnishment (Tax Year 2005) issued on or about April 3, 2007, $2,347.17 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this 2nd day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2007Z00021

DEBTOR: Iriarte, John Leon Guerrero, Jr.
COLLECTION TYPE: 6A
BALANCE AS OF APRIL 26, 2007:        -$292.91

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 26-APR-2007 | GC/H | 0031349 | 0092289 | $2,347.17 |
| | | TOTAL DOLLAR AMOUNT OF PAYMENTS: | | $2,347.17 |