ORIGINAL

IRIARTE_J.taxfacg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN LEON GUERRERO IRIARTE, JR., ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 06-00106 <br><br> **CERTIFICATE OF SERVICE** <br> (Tax Year 2005) |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Terminate Writ of Garnishment (Tax Year 2005), ORDER Re: United States Motion to Terminate Writ of Garnishment (Tax Year 2005)** and **Final Accounting Upon Termination Garnishment (Tax Year 2005)** were sent to the defendant and garnishee by mail on _May 7, 2007_.

MICHELLE PEREZ