

FILED
DISTRICT COURT OF GUAM
DEC - 7 2007
JEANNE G. QUINATA
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOHN L.G. IRIARTE JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-06-00106 |
| ) | |
| Plaintiff, ) | REQUEST FOR HEARING; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| JOHN L.G. IRIARTE JR., ) | |
| ) | |
| Defendant. ) | |

### REQUEST FOR HEARING

Defendant, JOHN L.G. IRIARTE JR., by and through undersigned counsel,

Richard P. Arens, Assistant Federal Public Defender, respectfully requests a hearing concerning

standard condition of supervision No. 13. (Pg. 2, judgment)

On November 16, 2006, Mr. Iriarte pled guilty to misdemeanor Theft of

Government Property. On February 22, 2007, he was sentenced to probation for a term of two




years. Mr. Iriarte paid the court ordered restitution in full and has been fully compliant with all other conditions of supervision. Mr. Iriarte recently secured employment at the Guam Plaza Hotel as a restaurant manager. On December 3, 2007, he was notified by the U.S. Probation Office of its intent to inform his current employer of his conviction. Mr. Iriarte respectfully requests a hearing on the issue of whether his new employer should be notified of his conviction or in the alternative, whether his probation may be terminated.

DATED: Mongmong, Guam, December 6, 2007.

RICHARD P. ARENS
Attorney for Defendant
JOHN L.G. IRIARTE JR.

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on December 6, 2007:

RYAN ANDERSON
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


CARMEN O'MALLAN
U.S. Probation Officer Specialist
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, December 6, 2007.

_____
RENATE A. DOEHL
Operations Administrator

RICHARD P. ARENS
Attorney for Defendant
JOHN L.G. IRIARTE JR.