JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:   (671) 472-7120

Attorney for Defendant
JOHN L. G. IRIARTE JR.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00106 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN L. G. IRIARTE JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon request by the Defendant, the court hereby schedules a hearing concerning standard condition of supervision number 13 on Thursday, December 27, 2007, at 11:00 a.m.

IT IS SO ORDERED.



        **/s/ Joaquin V.E. Manibusan, Jr.**
           **U.S. Magistrate Judge**
        **Dated: Dec 18, 2007**