# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00106          DATE: December 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 11:02:25-11:41:06
CSO: F. Tenorio

**APPEARANCES:**
Defendant: John Leon Guerrero Iriarte, Jr.      Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: Grace Flores                    U.S. Marshal: G. Perez/T. Muna
Interpreter:                                     Language:

**PROCEEDINGS: Hearing re: Supervised Release Condition**
- Proceedings continued to: <u>January 22, 2008 at 10:00 a.m.</u>

NOTES: The court continued the matter until assigned probation officer Ms. Carmen O'Mallan returns.