# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-06-00106                           DATE: January 22, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio                Electronically Recorded: 9:19:54 - 9:22:53
CSO: J. McDonald

---

**APPEARANCES:**

Defendant: John Leon Guerrero Iriarte, Jr.      Attorney: John Gorman
DEFENDANT NOT PRESENT                           ☑ Present  ☐ Retained  ☑ FPD  ☐ CJA
☐ Present  ☐ Custody  ☐ Bond  ☐ P.R.

U.S. Attorney: William G. Parker                U.S. Agent:
U.S. Probation: Carmen O'Mallan                 U.S. Marshal: T. Muna
Interpreter:                                    Language:

---

**PROCEEDINGS:** Further Proceedings re Supervised Release Conditions
- Defense moves to withdraw motion <u>granted</u>.

NOTES: